**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William T. O'BERG, Petitioner.**

Supreme Court of Pennsylvania.

June 29, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 29th day of June, 2004, the petition for allowance of appeal is granted limited to the issue of whether this Court's decision in *Commonwealth v. Grant*, 572 Pa. 48, 813 A.2d 726 (2002) applies to the instant case.

■

**Herman A. DONTON, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., Appellee.**

Supreme Court of Pennsylvania.

July 1, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 1st day of July, 2004, the order appealed is affirmed. *See Finnegan v. PBPP*, 576 Pa. 59, 838 A.2d 684 (2003).